FILED
BILLINGS, MT

2006 FEB 17 AM 9 21

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| LYNN K. CURRIE,<br><br>      Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner, Social Security Administration,<br><br>      Defendant. | Cause No. CV 06-19-BLG-RWA<br><br>**FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE** |

On February 13, 2006, plaintiff submitted an application to proceed in forma pauperis in an action seeking judicial review of the final decision of the Commissioner of Social Security. Upon review, the Court determines that plaintiff has sufficient resources to pay the costs of suit. Accordingly, the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), **RECOMMENDS** that plaintiff's application to proceed in forma pauperis be denied. The undersigned **FURTHER RECOMMENDS** that plaintiff be given 10 days to pay the full filing fee or the case should be closed.

The Clerk of Court is directed to forward this recommendation to the District Court for immediate review.[1]

---

[1] A magistrate judge's authority to review an application to proceed in forma pauperis derives from 28 U.S.C. Sec. 636(b)(3),

-1-

The Clerk of Court is directed to notify plaintiff of this recommendation.

DATED this 17th day of February, 2006.

/s/ Richard W. Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

which "does not provide a party with ten days to file written objections with the district court." Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998).