FILED
IN THE UNITED STATES DISTRICT COURT   BILLINGS, MT

FOR THE DISTRICT OF MONTANA 2006 FEB 22 PM 1 16

BILLINGS  DIVISION          PATRICK E. DUFF   CLERK

BY _____
DEPUTY CLERK

LYNN K. CURRIE,                    )   CV-06-19-BLG-RFC
                                   )
              Plaintiff,           )
                                   )
vs.                                )
                                   )   ORDER ADOPTING FINDINGS
                                   )   AND RECOMMENDATION OF
JO ANN BARHNART, Commissioner,     )   U.S. MAGISTRATE JUDGE
Social Security Administration     )
                                   )
                                   )
              Defendants.          )
_____)

On February 17, 2006, United States Magistrate Judge Richard W. Anderson entered his
Findings and Recommendation. Magistrate Judge Anderson recommends Plaintiff's Motion to
Proceed *In Forma Pauperis* be denied and that Plaintiff be given ten (10) days to pay the full
filing fee before the case is closed. In some cases, upon service of a Magistrate Judge's findings
and recommendation, a party has ten days to file written objections. *See* 28 U.S.C. § 636(b)(1).
However, in the present case Plaintiff is not allowed ten days to file written objections because
the Magistrate Judge's authority to make the recommendation on this pretrial matter is derived
from 28 U.S.C. § 636(b)(3), which does not provide a party ten days to file written objections
with the district court. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998).

After an extensive review of the record and applicable law, this Court finds Magistrate
Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts
them in their entirety.

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *In Forma*

*Pauperis* (*Doc. #2*) is **DENIED.**  Plaintiff has ten (10) days from the entry of this Order to pay

the full filing fee or the case will be closed.

DATED the _____ day of February 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF MAILING
2/22/06 BY:
I hereby certify that a copy
of this order was mailed to:

D. Burris
RWA

2